DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                NO. 12-07-00213-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

WALTER BEARD,  §          APPEAL FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE  §          SMITH COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellant has filed a motion to
withdraw his notice of appeal and dismiss the appeal.  The motion is signed by Appellant and his
counsel.  No decision having been
delivered by this Court, our order of July 27, 2007 is withdrawn, Appellant’s
motion is granted, and the appeal is dismissed in accordance with Texas Rule of
Appellate Procedure 42.2. 

Opinion delivered August 15, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(DO
NOT PUBLISH)